UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mehmet Nuri Yildiz</u>

     v.                                                                                     Civil Case No. 26-cv-116-JL-AJ

<u>Patricia Hyde, et al.</u>

## **ORDER**

      Before the court is the habeas petition brought by Mehmet Nuri Yildiz challenging his ongoing ICE detention. In their response to the petitioner's claim for relief under *Destino v. FCI Berlin, Warden,* No. 1:25-CV-374-SE-AJ, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.),[1] the respondents "acknowledge" that under the reasoning in *Destino*, Petitioner is likely entitled to a bond hearing before an Immigration Judge, but, without elaborating on any legal arguments against the relief, "object to this Court granting relief in the instant case on the basis of *Destino*" and "maintain that petitioner's detention is governed by 8 U.S.C. § 1225." [2]

      Though the court did not order the respondents to address the class actions in *Guerrero Orellana v. Moniz*, 2025 WL 3687757 (D. Mass. Dec. 19, 2025) and *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), *judgment entered sub nom. Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), the respondents also concede that the petitioner "meets the criteria for membership in the certified class under *Guerrero Orellana*."[3] As there is no discernible distinction between the classes, the respondents' concession also implicitly applies to the petitioner's class membership under *Maldonado Bautista*, where the court recently vacated *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025) under the Administrative Procedure Act. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2026 WL 468284, *10 (C.D. Cal. Feb. 18, 2026).

      Thus, no cause having been shown, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino* and the petitioner's membership in the *Guerrero Orellana* and *Bautista* classes, and orders the respondents to provide the petitioner with a bond hearing as soon as practicable. The petition is DENIED in all other respects. The parties shall file a status report within 10 days of this order.

---

[1] Summ. Show Cause Order (doc. no. 2).
[2] Resp. to Show Cause Order (doc. no. 5) at 1-2. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[3] *Id*. at 3.
[4] Amend. Pet. (doc. no. 5).

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: February 24, 2026
cc: Counsel of record